UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CR-20446-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**JOSE FRANCISCO QUINTANILLA LOPEZ,**

    Defendant.

_____/

### ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THESE MATTERS** are before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 34], which was entered on January 7, 2022, and the parties' Joint Motion Adopting the Report and Recommendation on Plea of Guilty from January 7, 2022 ("Motion"), which was filed on January 8, 2022. [ECF No. 38]. In the R&R, Judge Becerra found that the Defendant Jose Francisco Quintanilla Lopez, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. [ECF No. 38 at 1]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, March 21, 2022 at 2:00 PM**. Accordingly, the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida on January 10, 2022.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record